IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEG Liquidation Company, LLC, an Illinois Limited Liability Company, both individually and as assignee of Fifth Third Bank to certain loan agreements and commercial security agreements, and Thomas E. Lesko,<br><br>          Plaintiffs,<br><br>v.<br><br>Hugo M. Stevenson,<br><br>          Defendant. | Case No. 07 CV 3456<br><br>Judge Kocoras |

**MOTION TO ENTER JUDGMENT ON DECEMBER 2, 2008
AWARD OF ATTORNEYS' FEES, OR IN THE ALTERNATIVE,
TO AMEND THE UNDERLYING JUDGMENT ORDER**

NOW COMES the Plaintiff, SEG Liquidation Company, LLC, by and through its attorneys, Jack L. Haan and Steven C. Filipowski of Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C., and for its Motion to Enter Judgment on December 2, 2008 Award of Attorneys' Fees, or in the Alternative, to Amend the Underlying Judgment Order, states as follows:

1. On December 2, 2008, this Court entered an order granting an award of attorneys' fees to SEG Liquidation Company, LLC in the amount of $111,681.75. See Exhibit A attached hereto.

2. SEG Liquidation Company, LLC requests that the court enter judgment on this award, in one of the two following manners.

3. First, SEG Liquidation Company, LLC prefers that the judgment amount be added to the original judgment entered by this court on August 29, 2008. Plaintiff prefers the entry of the award of the attorneys' fees be added to the original judgment so that only one

1

judgment order exists in this case. If such a course of action is permitted by the Federal Rules of Civil Procedure and this Court, Plaintiff requests that the proposed order attached as Exhibit B be entered by the court.

4. In the alternative, if a separate order is required for the entry of judgment on the award of attorneys' fees, Plaintiff requests that the court enter the proposed order as Exhibit C.

WHEREFORE, Plaintiff, SEG Liquidation Company, LLC, requests that the Court enter judgment on the award of attorneys' fees of $111,681.75 in the manner requested above, and any further relief the court deems equitable and just.

Respectfully submitted,

Plaintiff, SEG Liquidation Company, LLC,

By: s/Jack L. Haan
Jack L. Haan

Jack L. Haan, Atty. no. 06210936
Steven C. Filipowski, Atty. no. 0804045
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 N. Wacker Drive, Suite 2900
Chicago, IL 60606-3192
(312) 621-4400